# PETER H. MAYER, III

### – ATTORNEY AT LAW –

**200 MOTOR PARKWAY, SUITE C-17**
**HAUPPAUGE, NEW YORK 11788**
**(631) 742-7781**

*Justice, New York State
Supreme Court (Ret.)

January 6, 2026

Magistrate Judge Ann Shields
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

       RE: **Clesi v. McCue et.al**
          2:25-cv-03976

Dear Magistrate Judge Shields:

      I represent defendant Mary McCue in the above-mentioned action. I have reviewed the proposed discovery scheduling order submitted by plaintiff's counsel Christopher Cassar and have no objection to same.

                   Very truly yours,

                   Peter H. Mayer III