# THE CASSAR LAW FIRM, P.C.

### 13 East Carver Street
### Huntington Village, New York 11743
**Telephone (631) 271-6596**
**Facsimile (631) 351-0196**

*Christopher J. Cassar, Esq.†\**
*Pierre Bazile, Esq.\**
*Alessandro G. Frusco, Esq.*

*__Nassau County Office__:*
*1205 Franklin Avenue*
*Garden City, NY 11530*
*(Appointment Only – NO MAIL)*

† ADMITTED IN THE U.S. COURT OF APPEALS FOR THE SECOND & THIRD CIRCUITS
   AND THE EASTERN, SOUTHERN & NORTHERN U.S. DISTRICT COURTS OF NEW YORK
\* ADMITTED IN THE EASTERN & SOUTHERN U.S. DISTRICT COURTS OF NEW YORK

March 3, 2026

***Via ECF***
Steven Vincent Dalton, Esq.
Office of the County Attorney
1 West St Mineola, NY 11501
sdalton@nassaucountyny.gov

> Re: GOOD FAITH LETTER
> Case Name: CATHERINE CLESI vs. MARY McCUE, et al
> Case No.: 25-cv-03976-JMA-AYS
> Cassar File No: 05165

Dear Mr. Dalton:

A review of our file indicates that you have failed to turn over all documents, videos, reports etc. in their possession with respect to the incident underlying this action, as well as any reports and/or documents, as ordered by Magistrate Judge Anne Y. Shields on **December 16, 2025.**

This letter is our good faith demand to obtain the above discovery. We request that you forward your responses within thirty (30) days of the date hereof in order to avoid any unnecessary motion practice in this regard.

Should you have any questions or concerns, please contact the office directly. Thank you for your attention to this matter.

Very truly yours,

*Christopher J. Cassar, Esq.*
Christopher J. Cassar, Esq.

CJC/kv