# THE CASSAR LAW FIRM, P.C.

## 13 East Carver Street
## Huntington Village, New York 11743
### Telephone (631) 271-6596
### Facsimile (631) 351-0196
### cjcassar@cassarlaw.com

*Christopher J. Cassar, Esq.†\**
*Pierre Bazile, Esq.\**
*Alessandro G. Frusco, Esq.*

_____

† ADMITTED IN THE U.S. COURT OF APPEALS FOR THE SECOND & THIRD CIRCUITS
   AND THE EASTERN, SOUTHERN & NORTHERN U.S. DISTRICT COURTS OF NEW YORK
\* ADMITTED IN THE EASTERN & SOUTHERN U.S. DISTRICT COURTS OF NEW YORK

*Nassau County Office:*
*1205 Franklin Avenue*
*Garden City, NY 11530*
*(Appointment Only – NO MAIL)*
*(Not for Service of Papers)*

July 22, 2026

**Via ECF**
Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Catherine Clesi v. Mary McCue, et al.
Case No.: 25-cv-03976-JMA-AYS

Dear Judge Shields:

This office represents Plaintiff, Catherine Clesi, in the above-referenced matter. Plaintiff respectfully writes to request a conference with the Court, or such other procedure as the Court deems appropriate, regarding Defendants' failure to produce discovery ordered by the Court and sought in good faith by Plaintiff.

On December 16, 2025, Your Honor ordered Defendants to produce documents and materials relating to the incident underlying this action. Plaintiff's file reflects that Defendants have not produced all responsive materials, including documents, videos, reports, and related materials in their possession, custody, or control concerning the incident at issue.

Plaintiff attempted to resolve this issue without Court intervention. On March 3, 2026, Plaintiff served a good-faith on Defendants' counsel, Steven Vincent Dalton, Esq., requesting production of the outstanding discovery within thirty days to avoid motion practice. Despite that request, sufficient discovery has not been produced.

Plaintiff respectfully requests that the Court schedule a conference, authorize the parties to initiate a discovery conference call with Chambers, or otherwise direct the procedure for addressing this dispute. Plaintiff is prepared to participate in a joint call with Defendants' counsel at the Court's convenience.

Plaintiff respectfully requests the Court's assistance in ensuring that Defendants promptly produce the outstanding discovery so that the case may proceed in accordance with the Court's schedule.

We thank the Court for its time and attention to this matter.

Very truly yours,

/s/ *Christopher J. Cassar*

Christopher J. Cassar, Esq.

CJC/kv
cc: All Counsel of Record via ECF